**PILLSWORTH**, Appellant, v. **ERIE R. CO.**, Respondent. (Supreme Court, Appellate Division, First Department. January 8, 1909.) Action by May Pillsworth against the Erie Railroad Company. G. H. Culver, for appellant. F. B. Jennings, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

**PIONEER IRON WORKS** v. **MARINE ENGINE CO.** (Supreme Court, Appellate Division, First Department. December 18, 1908.) Action by the Pioneer Iron Works against the Marine Engine Company. No opinion. Motion denied, on payment of $10 costs. Order filed.

**POND** v. **NEW ROCHELLE WATER CO.** (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Appeal from Special Term, Westchester County. Action by Charles H. Pond against the New Rochelle Water Company. From an order modifying a temporary injunction order granted in the cause, plaintiff appeals. Affirmed. Henry G. K. Heath, for appellant. John J. Crennan, for respondent.

PER CURIAM. We think that the order may be affirmed. The temporary injunction order, granted on September 28, 1904, does not prohibit the installation of water meters. The affirmance of the order appealed from does not impair in any way the force of that injunction order. Nor is it to be read as in any way determining the legal rights of the defendant in the premises. The agreement of September 28, 1904, does not prohibit the defendant from the installation of water meters. It merely provides that the defendant will not endeavor to enforce its alleged rights to collect rates other than those now being paid and to install meters by cutting off the water supply of any of the consumers. We think that the order of modification was within the sound discretion of the court. Order affirmed, with $10 costs and disbursements.

**PRICE** v. **DERBYSHIRE COFFEE CO.** (Supreme Court, Appellate Division, First Department. December 31, 1908.) Action by Anderson Price against the Derbyshire Coffee Company. No opinion. Motion denied, with $10 costs. Order filed.

**PRIOLO** v. **SOUTHARD WRECKING CO.** (Supreme Court, Appellate Division, First Department. December 18, 1908.) Action by Giuseppe Priolo against the Southard Wrecking Company. No opinion. Motion to go to Court of Appeals granted. Order filed.

In re **PUBLIC SERVICE COMMISSION.** (Supreme Court, Appellate Division, First Department. December 24, 1908.) In the matter of the Public Service Commission (Lexington Avenue Route). No opinion. Report confirmed. Settle order on notice.

In re **QUACKENBUSH.** (Supreme Court, Appellate Division, Second Department. December 30, 1908.) In the matter of the application of Abraham Quackenbush, a bankrupt, to have certain judgments discharged of record. No opinion. Order affirmed, with $10 costs and disbursements.

**QUIRK**, Appellant, v. **CITY OF NEW YORK**, Respondent. (Supreme Court, Appellate Division, First Department. January 22, 1909.) Action by Fanny Quirk against the City of New York. E. J. Bernheimer, for appellant. R. E. T. Riggs, for respondent.

PER CURIAM. Judgment affirmed, with costs. Order filed.

LAUGHLIN, J., dissents.

**RAGUSA**, Appellant, v. **MILAZZO**, Respondent. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by Vincenzo Ragusa against Joseph Milazzo. No opinion. Judgment of the Municipal Court affirmed, with costs.

**RANDALL** v. **SCHULTZ** et al. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by Harry Randall against Hugo C. Schultz and another, public administrator, etc. No opinion. Order affirmed, with $10 costs and disbursements.

**REILLY**, Appellant, v. **TROY BRICK CO.**, Respondent. (Supreme Court, Appellate Division, Third Department. January 22, 1909.) Action by Celia Reilly, as administratrix of David Reilly, deceased, against the Troy Brick Company.

PER CURIAM. Judgment affirmed, with costs. See, also, 125 App. Div. 326, 109 N. Y. Supp. 476.

CHESTER, J., not voting.

**RICHARD** v. **FLANNAGAN.** (Supreme Court, Appellate Division, First Department. January 29, 1909.) Action by Daniel W. Richard against William W. Flannagan. No opinion. Motion granted, with $10 costs. Order filed.

**RITCH**, Respondent, v. A. J. **BATES & CO.**, Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by Solomon Ritch against A. J. Bates & Co. No opinion. Judgment of the Municipal Court affirmed, with costs.

**ROCHE**, Respondent, v. **MURPHY**, Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by Edward Roche against Michael H. Murphy. No opinion. Judgment of the Municipal Court affirmed, with costs.